IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:19-cr-97 |
| STEPHANIE PARKER, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant's Motion for Return of Bond, (doc. 29), wherein Defendant seeks an Order for the release of her bond. The Court notes that a bond was posted in the above captioned case on June 28, 2019, which was secured by Defendant in the amount of $2,500.00 deposited with the Court. (Docs. 11-14.) Upon consideration of Defendant's request and the final Judgment having been entered in this case, the Court **GRANTS** Defendant's Motion.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court is DIRECTED to disburse said funds, plus any and all accrued interest, to the Defendant Stephanie Parker.

**SO ORDERED**, this 22nd day of October, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA